DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEQUAN DAVID,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3223

[April 27, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case Nos. 11-019812 CF10A, 11-20635 CF10A, 12-000106 CF10A, 12-000107 CF10A, 12-000108 CF10A, and 12-000138 CF10A.

Lequan Antonio David, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***